**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br>Dennis Glaze,<br>　　　Debtor<br><br>Camille Hope, Trustee,<br>　　　Plaintiff<br>　v.<br>Advance America,<br>　　　Defendant | Bankruptcy Case No. 20-30083-JPS<br><br>CHAPTER 13<br><br>Adv. Proc. No. 20-3005 |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

To: Advance America

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address Of Clerk | US Bankruptcy Court<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plantiff's Attorney<br>　　　　Camille Hope, Trustee<br>　　　　P.O. Box 954<br>　　　　Macon, GA 31202 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. POST OFFICE BUILDING<br>115 E HANCOCK AVENUE<br>ATHENS, GEORGIA | Date and Time<br>5/28/2020   1:30 pm |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



　　　　　　　　　　　　　　　　　　　　s/ Kyle George

　　　　　　　　　　　　　　　　　　**KYLE GEORGE, CLERK**
　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY COURT**

Issued: 04/06/2020